# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELBY TYRONE CLARK, JR., | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Case No. 5:21-cv-3674-JDW |
| | : | |
| CLINTON WOMBOLD | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 13th day of September, 2022, upon consideration of Defendant Clinton Wombold's Motion for Summary Judgment (ECF No. 80), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and summary judgment is **ENTERED** in favor of Defendant Clinton Wombold and against Plaintiff Shelby Tyrone Clark on all of Mr. Clark's claims. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**