IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHELBY TYRONE CLARK, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:21-cv-3674-JDW |
| | : | |
| **CLINTON WOMBOLD** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of April, 2023, upon consideration of Plaintiff's Motion To Strike Affidavit In Support Of Defendant's Motion For Summary Judgment (ECF No. 95), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that, upon consideration of Defendant Clinton Wombold's Motion for Summary Judgment (ECF No. 80), for the reasons set forth in the accompanying Memorandum, the Motion is **GRANTED**, and summary judgment is **ENTERED** in favor of Defendant Clinton Wombold and against Plaintiff Shelby Tyrone Clark on all of Mr. Clark's claims.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**